AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California

1402196
0811-1023-0048-2

UNITED STATES OF AMERICA,

V.

**WARRANT FOR ARREST**

Carlos Guerrero-Elenes aka C Los          CR 07-645 MMC

To: The United States Marshal
and any Authorized United States Officer

FILED
NOV 5 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to arrest   Carlos Guerrero-Elenes

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment   () Information   () Complaint
() Order of Court   () Violation Notice   () Probation Violation Petition

charging him or her with 21:846,841(b)(1)(A)(I), 18:2,21:841(a)(1) and (b)(1)(C),21:853 conspiracy to possess with intent to distribute and to distribute heroin, possession with intent to distribute and distribution of heroin

in violation of Title   See above   United States Code, Section(s) __

_____          Deputy Clerk
Signature of Issuing Officer     Title of Issuing Officer

                                 San Francisco 10/11/07
                                 Date and Location

Bail fixed at $ no bail    by   Edward Chen, U.S. Magistrate Judge
                                Name of Judicial Officer


RECEIVED
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA
07 OCT 12 AM 10:31

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  189 Laurel, Hayward, CA

| Date received  10/12/09 | Name and Title of Arresting Officer  Carl Barker, DEA | Signature of Arresting Officer  /s/ for Barker |
|---|---|---|
| Date of Arrest  10/24/09 | | |