## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Edward M. Chen<br>U.S. Magistrate Judge | **RE:** | Carlos GUERERRO-ELENES |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR07-0645 MMC |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson  
U.S. Pretrial Services Officer Specialist

510-637-3752  
TELEPHONE NUMBER

**RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ **Modification(s)**

**A. The defendant shall not be allowed to return to his job until he has provided verification of his position to Pretrial Services;**

**B. The defendant shall have no contact with any co-defendant outside the presence of counsel, with the exception of the co-defendant residing at Cornell Corrections. The defendant shall not discuss the pending case with any co-defendant residing at Cornell Corrections;**

**C. The warrantless search and seizure condition shall be deleted from the defendant's bond.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____  
**JUDICIAL OFFICER**

DATE: 11/2/07

FILED  
NOV 02 2007  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

Cover Sheet (12/03/02)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CARLOS GUERERRO-ELENES,<br><br>    Defendant.<br>_____/ | CR07-0645 MMC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Kirstin Ault
United States Attorney's Office
450 Golden Gate Ave.
San Francisco, CA 94102

Pretrial Service (Victoria Gibson)
450 Golden Gate Ave.
San Francisco, CA 94102

Steve Gruel, Esq.
655 Montgomery St., Suite 1700
San Francisco, A 94111

Dated: November 2, 2007

RICHARD W. WIEKING, CLERK

By: _____
Betty Fong
Deputy Clerk