STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Carlos Guererro-Elenes

**FILED**

DEC 2 1 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0645-MMC |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER PERMITTING EIGHT (8) HOUR HOME VISIT ON CHRISTMAS DAY |
| Vs. ) | |
| CARLOS GUERERRO-ELENES, ) | |
| Defendant. ) | |

Defendant Carlos Guererro-Elenes, by and through their attorney, Steven F. Gruel, hereby requests that he permitted to leave the Cornell Corrections Half-Way House located at 111 Taylor Street, San Francisco, California on December 25, 2007 and visit his family at 189 Laurel Avenue, Hayward, California. This home visit shall be only for eight (8) hours and upon the conclusion of the visit he shall return to the Cornell Corrections Half-Way House. Defense counsel has contacted and conferred with both the United States Pretrial Services officer

*STIPULATION AND [PROPOSED]*
*ORDER PERMITTING EIGHT (8)*
*HOUR HOME VISIT ON CHRISTMAS*
*DAY*

- 1

handling this case (Victoria Gibson) and the federal prosecutor, (Barbara Silano), and both have no objection to this request.

All other conditions of Mr. Guererro-Elene's pretrial release shall remain in effect. Ms. Silano has authorized that the Mr. Guererro-Elene's counsel may sign this stipulation on her behalf.

SO STIPULATED:

DATED: December 21, 2007

STEVEN F. GRUEL
Attorney for Carlos Guererro-Elenes

BARBARA SILANO
Assistant United States Attorney

### [PROPOSED] ORDER

PREDICATED on the above stipulation, the condition of defendant Carlos Guererro-Elenes' pretrial release is hereby modified to permit him to leave the Cornell Corrections Half-Way House located at 111 Taylor Street, San Francisco, California on December 25, 2007 and visit his family at 189 Laurel Avenue, Hayward, California. This home visit shall be only for eight (8) hours and upon the conclusion of the visit he shall return to the Cornell Corrections Half-Way House.

*STIPULATION AND [PROPOSED]*
*ORDER PERMITTING EIGHT (8)*
*HOUR HOME VISIT ON CHRISTMAS*
*DAY*

- 2 -

All other conditions of Mr. Guererro-Elene's pretrial release shall remain in effect.

IT IS SO ORDERED.

Dated: 12-21-07

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

*STIPULATION AND [PROPOSED]
ORDER PERMITTING EIGHT (8)
HOUR HOME VISIT ON CHRISTMAS
DAY*

- 3