E-Filing

**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Edward M. Chen<br>U.S. Magistrate Judge | RE: | Carlos GUERERRO-ELENES |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR07-0645 MMC |
| DATE: | December 28, 2007 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                                         510-637-3752
U.S. Pretrial Services Officer Specialist              TELEPHONE NUMBER

RE:   VIOLATION

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __C, 15TH FLOOR__ on __1/3/08__ at __2:15 PM__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

C.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____                    __1/2/08__
JUDICIAL OFFICER                              DATE

Cover Sheet (12/03/02)