| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 21 | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | **DEPUTY CLERK** Betty Fong | | | **REPORTER/FTR** 2:23p - 2:44p | | |
| **MAGISTRATE JUDGE** Edward M. Chen | | **DATE** January 3, 2008 | | | **NEW CASE** ☐ | **CASE NUMBER** CR07-0645 MMC | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT Carlos Guerrero-Elenes | | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Steve Gruel | | PD. ☐  RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Barbara Silano | | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Victoria Gibson | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☐ INITIAL APPEAR | | ☐ PRELIM HRG | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | | ☐ ARRAIGNMENT | ☒ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | | |
| ☐ ADVISED OF RIGHTS | | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | | ☐ NOT GUILTY | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO: 1/30/08 | | ☐ ATTY APPT HEARING | ☒ BOND HEARING | | ☐ STATUS RE: CONSENT | | ☐ STATUS / TRIAL SET |
| AT: 9:30 a.m. | | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | | ☐ CHANGE OF PLEA | | ☐ OTHER |
| BEFORE HON. EMC | | ☐ DETENTION HEARING | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

Defendant is ordered to be remanded to the custody of the U.S. Marshal for 30 days. Further bail review hearing set for 1/30/08 at 9:30 a.m. Marshal is directed to inform Santa Rita Facility of Defendant's medical appointments and medication.

DOCUMENT NUMBER: