1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 168973)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6940
7     Facsimile: (415) 436-7234
      E-mail: kirstin.ault@usdoj.gov
8
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. | CR 07-00645 MMC |
|    Plaintiff, ) | | |
| ) | NOTICE OF CHANGE OF COUNSEL | |
|   v. ) | | |
| WILLIAMS ET. AL, ) | | |
|    Defendant. ) | | |

    The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that Assistant United States Attorney ("AUSA") Andrew Scoble is no longer assigned to this case. Accordingly, AUSA Andrew Scoble (andrew.scoble@usdoj.gov) should be removed from the list of persons to be noticed.

DATED:_____1/18/08_____          _____/s/_____
                                      KIRSTIN M. AULT
                                      Assistant United States Attorney