

## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Edward M. Chen<br>U.S. Magistrate Judge | **RE:** | Carlos GUERERRO-ELENES |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR07-0645 MMC |
| **DATE:** | February 6, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                          510-637-3752
U.S. Pretrial Services Specialist        TELEPHONE NUMBER

**RE:** VIOLATION

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _C_ on _Friday 2/8/08_ at _9:15 AM_.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _Edward M. Chen_ Presiding District Court Judge

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

B.

C.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____        _2/6/08_
JUDICIAL OFFICER                                DATE

Cover Sheet (12/03/02)