1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CSBN 163273)
3  Chief, Criminal Division

4  BARBARA BRENNAN SILANO (MABN 055540)
   KIRSTIN M. AULT (CABN 206052)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-7233/6940
       Facsimile: (415) 436-7234
8      E-mail:    barbara.silano@usdoj.gov
                  kirstin.ault@usdoj.gov
9

10 Attorneys for Plaintiff

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,          )   No. CR 07-00645 MMC
                                       )
15        Plaintiff,                   )   NOTICE OF MOTION AND MOTION
                                       )   FOR JUDGMENT ON FORFEITURE OF
16    v.                               )   BOND
                                       )
17 CARLOS GUERRERO-ELENES,            )
                                       )
18        Defendant, and              )
                                       )
19 JESSICA ELENES, ROMANA             )
   GUERRERO ELENES, and ANGELINA      )
20 MACIEL,                            )
                                       )
21        Sureties.                    )
   _____ )
22

23        PLEASE TAKE NOTICE that on March 12, 2008 at 2:00 p.m. or as soon thereafter as

24 counsel may be heard, before the Honorable Maxine M. Chesney, United States District Judge,

25 in the United States District Court at 450 Golden Gate Avenue, San Francisco, California, the

26 United States will and hereby does move the Court, pursuant to Rule 46(e)(3) and (f)(1) of the

27 Federal Rules of Criminal Procedure for a declaration of forfeiture of the bail in this matter and

28 for entry of a judgment against the Defendant and the Sureties, jointly and severally, and to

   direct

1  execution upon such judgment.

2       IN SUPPORT THEREOF, the Unites States alleges as follows:

3       1.       On October 30, 2007, the Defendant and the Sureties executed a bond in the sum

4  of $150,000, conditioned upon the appearance of the Defendant in this Court as ordered by this

5  Court to answer one or more charges brought by the United States against the Defendant.  *See*

6  Exhibit 1.  In addition, the Defendant and/or the Sureties executed an agreement to forfeit certain

7  real property provided for security if the Defendant failed to appear as ordered by the Court.

8  This agreement was evidenced by the signing and filing on December 19, 2007, of an Obligation

9  and Deed of Trust for 1122 98th Avenue, Oakland, California 94603, provided for security if the

10 Defendant failed to appear as ordered by the Court.  *See* Ex. 2.  In the Obligation and Deed if

11 Trust, the Defendant and Surety Romana Guerrero Elenes acknowledged their understanding that

12 they could lose the designated money or property if the Defendant failed to comply with the

13 Court's orders to appear.

14      2.       On January 30, 2008, the Court, the Honorable Edward M. Chen, United States

15 Magistrate Judge, ordered the defendant released from custody on February 1, 2008 and to report

16 immediately to Cornell Half Way House on a lock-down basis.  The Court further ordered that

17 the defendant's release was subject to the same terms and conditions previously set, including

18 the $150,000 secured bond.  *See* Clerk's Record of Proceedings ("CR") at 112.

19      3.       On February 6, 2008, the Court, the Honorable Edward M. Chen, United States

20 Magistrate Judge, ordered the defendant to appear in Courtroom No. C, on Friday, February 8,

21 2008, at 9:15 a.m. for a bail review hearing.  *See* CR 118.

22      4.       On February 8, 2008, the defendant failed to appear as ordered.  Pre-Trial

23 Services Officer Victoria Gibson reported that the defendant had left the Half Way House in

24 violation of the terms of his release.

25      5.       On February 8, 2008, the Court, the Honorable Edward M. Chen, United States

26 Magistrate Judge, granted the United States' Motion to revoke the defendant's bond and issue a

27 warrant for the defendant's immediate arrest.  *See* CR 119.

28      6.       At the present time, the defendant remains a fugitive.

Mot. for Jdgmnt. on Forfeiture of Bond
CR 07-00645 MCC                      2

1    7.    The Government, therefore, moves for the mandatory forfeiture of the bond and

2  underlying posted property interest, pursuant to Rule 46(f)(1) of the Federal Rules of Criminal

3  Procedure, based on the Defendant's breach of the condition of the bond, namely (1) his failure

4  to reside at Cornell Half Way House on a lock down basis; and (2) his failure to appear at the

5  February 8, 2008, court appearance as ordered and directed by this Court.

6    WHEREFORE , the United States requests:

7    1.    That the Court order that the bail be forfeited pursuant to Rule 46(f)(1) of the

8  Federal Rules of Criminal Procedure.

9    2.    That the Court enter a judgment in favor of the United States and against the

10  Defendant and the Sureties, jointly and severally, in the sum of $150,000, plus interest from the

11  date of entry of judgment as provided by law until paid in full, plus costs of court;

12    3.    That the Clerk of the Court be directed to foreclose against the real property, held

13  by Deed of Trust, 1122 98th Avenue, Oakland, California, 94603, and to apply any sale proceeds

14  in partial or full satisfaction of the judgment.

15

16  Dated:   February 14, 2008          Respectfully submitted,

17                        JOSEPH P. RUSSONIELLO
                        United States Attorney
18
                              /s/
19
                        _____
20                        BARBARA BRENNAN SILANO
                        KIRSTIN M. AULT
21                        Assistant United States Attorneys

22

23

24

25

26

27

28

Mot. for Jdgmnt. on Forfeiture of Bond
CR 07-00645 MCC                    3