**EXHIBIT 1**

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 10/30/07 | CASE NUMBER CR07-0645MMC |
|---|---|---|---|

| NAME OF DEFENDANT Carlos Guerrero-Elenes | ADDRESS OF DEFENDANT | TELEPHONE NUMBER |
|---|---|---|
| NAME OF SURETY Jessica M. Elenes | RELATIONSHIP TO DEFENDANT Wife | ADDRESS OF SURETY 189 Laurel Ave, Hayward | TELEPHONE NUMBER 510-247-1785 |
| NAME OF CUSTODIAN | RELATIONSHIP TO CUSTODIAN | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |

| AMOUNT OF BOND $150,000 | ☐ UNSECURED | ☒ SECURED BY 1122 98th Ave. Oak, CA 94603 | ☐ DEPOSIT RECEIVED RECEIVED FROM: | OTHER SECURITY POSTED TO BE POSTED BY: | TIME/DATE OF NEXT APPEARANCE Nov. 7, 2008 2:30p | COURTROOM/JUDGE MMC |

**CONDITIONS OF RELEASE AND APPEARANCE**

Defendant is subject to each condition checked:

☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
☒ Defendant shall not commit any federal, state, or local crime.
☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
☒ Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side.
☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in ___SF___. See addresses and telephone numbers on reverse side.
☒ Defendant shall surrender all passports and visas to the Court by ___N/A___ and shall not apply for any passports or other travel documents.
☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
☐ Defendant shall remain in the custody of custodian ___ at ___, who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
☒ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
☒ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
☐ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.
☒ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
☒ Defendant shall have no contact with any co-defendant out of the presence of counsel.
☒ Defendant shall not change residence without prior approval of Pretrial Services.
☐ Defendant shall comply with the following curfew: ___ to ___.
☐ Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of ___
☒ Defendant must ☒ reside in Halfway House ___ ☐ participate in Residential Treatment ___
☒ The following conditions also apply:

No assoc with any known gang member
May leave Halfway house for court, atty, PTS visits, med'l appt, employment or as directed by PTS
Property to be posted by Nov. 9, 2008.

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

**CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE**

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF DEFENDANT /s/ Carlos Guerrero-Elenes
SIGNATURE OF CUSTODIAN /s/

SIGNATURE(s) OF SURETY(ies) Jessica Elenes /s/ Jessica M. Elenes

SIGNATURE OF MAGISTRATE JUDGE /s/
DATE 10/30/07

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY.

[FILED OCT 30 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

1-CLERK OF COURT-WHITE COPY

CONTINUATION OF APPEARANCE BOND    NUMBER: CR07-0645 MMC

NAME: Carlos Guerrero-Elenas

PAGE: 2

SURETY'S ADDRESS & PHONE NUMBER

Romana Guerrero (Mother)        1122 98th Ave
Surety print name

                                Oakland, CA 94603

*Romona Guerrero*               510-395-6986
Signature of Surety

                                Phone Number:

SURETY'S ADDRESS & PHONE NUMBER

Angelina Maciel (Mother-        189 Laurel Ave
Surety print name    in-law)

                                Hayward, CA 94541

*Angelina Maciel*
Signature of surety

                                Phone Number: 510-247-1735