JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 13273)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MABN 055540)
KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7233/6940
   Facsimile: (415) 436-7234
   E-mail:   barbara.silano@usdoj.gov
              kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS GUERRERO-ELENES,<br><br>    Defendant, and<br><br>JESSICA ELENES, ROMANA GUERRERO ELENES, and ANGELINA MACIEL,<br><br>    Sureties. | No. CR 07-00645 MMC<br><br>[PROPOSED] JUDGMENT ON FORFEITURE OF BOND |

The United States of America has moved for a judgment against the Defendant and the Sureties, jointly and severally, and for a declaration of forfeiture of the bail in this matter, and that this Court direct execution upon such judgment.

    1.    On October 30, 2007, the Defendant and the Sureties executed a bond in the sum of $150,000, conditioned upon the appearance of the Defendant in this Court as ordered by this Court to answer one or more charges brought by the United States against the Defendant. In

1  addition, the Defendant and/or the Sureties executed an agreement to forfeit certain real property
2  provided for security if the Defendant failed to appear as ordered by the Court.  This agreement
3  was evidenced by the signing and filing on December 19, 2007, of an Obligation and Deed of
4  Trust for 1122 98th Avenue, Oakland, California 94603, provided for security if the Defendant
5  failed to appear as ordered by the Court.  In the Obligation and Deed of Trust, the Defendant and
6  Surety Romana Guerrero Elenes acknowledged their understanding that they could lose the
7  designated money or property if the Defendant failed to comply with the Court's orders to
8  appear.

9      2.    On January 30, 2008, the Court, the Honorable Edward M. Chen, United States
10 Magistrate Judge, ordered the defendant released from custody on February 1, 2008 and to report
11 immediately to Cornell Half Way House on a lock-down basis.  The Court further ordered that
12 the defendant's release was subject to the same terms and conditions previously set, including
13 the $150,000 secured bond.

14     3.    On February 6, 2008, the Court, the Honorable Edward M. Chen, United States
15 Magistrate Judge, ordered the defendant to appear in Courtroom No. C, on Friday, February 8,
16 2008, at 9:15 a.m. for a bail review hearing.

17     4.    On February 8, 2008, the defendant failed to appear as ordered.  Pre-Trial
18 Services Officer Victoria Gibson reported that the defendant had left the Half Way House the
19 prior evening, February 7, 2008, in violation of the terms of his release.

20     5.    On February 8, 2008, the Court, the Honorable Edward M. Chen, United States
21 Magistrate Judge, granted the United States' Motion to revoke the defendant's bond and issue a
22 warrant for the defendant's immediate arrest.

23     6.    At the present time, the defendant remains a fugitive.

24     7.    The Government therefore moved for the mandatory forfeiture of the bond and
25 underlying posted property interest, pursuant to Rule 46(f)(1) of the Federal Rules of Criminal
26 Procedure, based on the Defendant's breach of the condition of the bond, namely his residence at
27 the Cornell Half Way House, and appearance at all court appearances as ordered and directed by
28 this Court.

Judgement on Forfeiture of Bond
CR 07-00645 MMC                2

1  Based on the above findings, and for good cause shown,

2  IT IS HEREBY ORDERED:

3  1.  That the bail is forfeited pursuant to Rule 46(f)(1) of the Federal Rules of Criminal Procedure;

4  2.  That judgment is entered in favor of the United States and against the Defendant and the Sureties, jointly and severally, in the sum of $150,000, plus interest from the date of entry of judgment as provided by law until paid in full, plus costs of court;

5  3.  That the Clerk of the Court shall foreclose against the real property located at 1122 98th Avenue, Oakland, California, 94603, and secured by the Deed of Trust, and apply any sale proceeds in partial or full satisfaction of the judgment.

Dated: _____

_____
HON. MAXINE M. CHESNEY
United States District Judge