IAN G. LOVESETH
Attorney at Law (CSBN 085780)
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-07-00645-MMC |
| ) | |
| Plaintiff, ) | **EX PARTE APPLICATION TO PERMIT DEFENDANTS IN CUSTODY TO REVIEW DISCOVERY ON MP3 MACHINES; PROPOSED ORDERS** |
| ) | |
| RONALD WILLIAMS, et al, ) | _____ |
| ) | |
| Defendants. ) | |
| _____) | |

Ian Loveseth, counsel for defendant Sarah A. Ropati, and CJA liaison counsel for all defendants and their counsel in this case, hereby applies for an Order permitting all in-custody defendants to review discovery on an MP3 machine. This application is based on the files and records in this case and the accompanying declaration of counsel.

DATED: March 10, 2008                                   /s/ Ian Loveseth
                                                        IAN LOVESETH
                                                        Counsel for Defendant
                                                        SARAH A. ROPATI

1

**DECLARATION OF COUNSEL**

I, Ian Loveseth, declare as follows:

1. I am counsel for Sarah A. Ropati in Untied States vs. Ronald Williams, et al., CR. 07-00645-MMC;

2. I am also liaison CJA counsel in this case;

3. I have been advised by Steven D. Moore, the discovery coordinator in this case, that the discovery consists of approximately 35,000 intercepted wiretap calls on eight (8) different target lines;

4. The defendants in this case must listen to and review the discovery and the most efficient way to provide them with these calls in to put them on MP3s;

5. Accordingly, declarant requests that two Court orders be signed permitting defendants at the Santa Rita Jail and at the Glen Dyer Detention Facility to listen to the discovery on MP3s.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge. Executed in San Francisco on March 10, 2008.

/s/ Ian Loveseth
IAN LOVESETH

2

IAN G. LOVESETH (CSBN 085780)
Attorney at Law
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00645-MMC |
| Plaintiff, | [PROPOSED] ORDER PERMITTING DEFENDANTS TO USE MP3 AUDIO PLAYERS TO REVIEW DISCOVERY AT SANTA RITA JAIL |
| v. | |
| RONALD WILLIAMS, et.al., | The Honorable Maxine M. Chesney |
| Defendants. | |

///

Proposed Order MP3 Player Santa Rita                                    1

1  Finding good cause shown, as discovery has been provided in digital audio format:
2  IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3
3  player in order to review audio discovery at Santa Rita Jail;
4  BARRY LYNN SAMUEL,
5  ELEAZOR MORA-ARCIGA,
6  SALVADOR ORTEGA,
7  ERIKA MANZO,
8  JAVIER ULISES ZAMORA-HERNANDEZ,
9  ALFREDO GONZALEZ GOVEA,
10 CESAR RAMIREZ-CHAVIRA,
11 MIGUEL RAMIREZ.
12
13 IT IS SO ORDERED.
14
15 Dated: _____
                                   _____
16                                 THE HONORABLE MAXINE M. CHESNEY
                                   United States District Judge

1  IAN G. LOVESETH (CSBN 085780)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA    )    No. CR-07-00645-MMC
10                             )
                               )
11       Plaintiff,            )    [PROPOSED] ORDER PERMITTING
                               )    DEFENDANTS TO USE MP3
12                             )    AUDIO PLAYERS TO REVIEW
                               )    DISCOVERY AT GLENN DYER
13 v.                          )    DETENTION FACILITY
                               )
14 RONALD  WILLIAMS, et.al.,   )
                               )    The Honorable Maxine M. Chesney
15                             )
         Defendants.           )
16 _____)

17

...

28 ///

   Proposed Order MP3 Player Glenn Dyer                                    1

1  Finding good cause shown, as discovery has been provided in digital audio format:

2  IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3

3 player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North

4 County);

5 RONALD WILLIAMS,

6 JOSE JUAN PENALOZA-HILARIO,

7 SAMUEL ARANDA,

8 MICHAEL JOSEPH SILVA,

9 RONALD LEE HINES,

10 JOSE ANTONIO CAMACHO-MENDEZ,

11 EDWARD LEROY MOORE.

13 IT IS SO ORDERED.

15 Dated: _____

  _____
  THE HONORABLE MAXINE M. CHESNEY
16  United States District Judge

Proposed Order MP3 Player Glenn Dyer                                                                  2