JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163273)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MABN 055540)
KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7233/6940
   Facsimile: (415) 436-7234
   E-mail:    barbara.silano@usdoj.gov
               kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00645 MMC |
|     Plaintiff, | RE-NOTICE OF MOTION AND MOTION FOR JUDGMENT ON FORFEITURE OF BOND |
|     v. | |
| CARLOS GUERRERO-ELENES, | |
|     Defendant, and | |
| JESSICA ELENES, ROMANA GUERRERO ELENES, and ANGELINA MACIEL, | |
|     Sureties. | |

PLEASE TAKE NOTICE that the hearing previously set for March 12, 2008 at 2:00 p.m. before the Honorable Maxine M. Chesney, United States District Judge, in the United States District Court at 450 Golden Gate Avenue, San Francisco, California, on the United States'

///

///

///

1  Motion for Judgment on Forfeiture of Bond is hereby re-noticed for March 26, 2008, 2008 at
2  2:30 p.m., or as soon thereafter as the Court may here the motion.
3
4
5  Dated:   March 24, 2008                    Respectfully submitted,
6                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
7
8                                                      /s/
9                                             _____
                                              BARBARA BRENNAN SILANO
10                                            KIRSTIN M. AULT
                                              Assistant United States Attorneys
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mot. for Jdgmnt. on Forfeiture of Bond
CR 07-00645 MCC                              2