UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 26, 2008

Case No.: CR 07-0645-06 WHA

Title: UNITED STATES -v- CARLOS GUERRERO-ELENES (NOT present)

Appearances:
    For the Government: Kirstin Ault

    For the Defendant(s): n/a

Interpreter: n/a      Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter: Sarah McVickar

**PROCEEDINGS**

1) Govt's Motion for Judgment on Forfeiture of Bond - HELD

2) 

Case continued to **4/11/08 at 9:00 am** for Continued Hearing on Government's Motion

**ORDERED AFTER HEARING:**

Sureties Angelina Maciel and Romana Guerrero Elenes were present. Jessica Elenes did not appear. Spanish Interpreter, Melinda Basker translated for Mrs Maciel and Mrs Guerrero.

The property posted on the surety bond is owned by Romana Guerrero. Romana Guerrero advised the Court that the defendant Carlos Guerrero-Elenes did call her 15-days ago and said he intended to self-surrender, but did not say when. Court continued the motion hearing until April 11, 2008 at 9am to allow time for Romano Guerrero to attempt to reach the defendant and see if the defendant surrenders.

Court requested that the Spanish Interpreter be present to assist Romana Guerrero at the next hearing. Angelina Maciel is traveling to Mexico from 3/27 to 4/19 and will not be present.