UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: April 11, 2008

Case No. CR-07-0645-06 MMC        JUDGE:   **Maxine M. Chesney**

Carlos Guerrero-Elenes
_____        Present ( ) Not Present ( X ) In Custody ( )
      DEFENDANT

  Kirstin Ault                                    Not Present
       U.S. ATTORNEY(S)                           ATTORNEY(s) FOR DEFENDANT(s)

Deputy Clerk: Tracy Lucero            Reporter: James Yeomans

Spanish Interpreter: Melinda Basker

**PROCEEDINGS**

REASON FOR HEARING    Continued hearing on Government's Motion for Judgment on Forfeiture of Bond

RESULT OF HEARING    Court directed surety Romana Guerrero Elenes to contact the Defendant (her son) and give him the following information: Court grants Government's Motion & Stays Action on Forfeiture until Friday, April 25, 2008 at 9:30 a.m. Defendant to surrender and appear before Duty Magistrate Judge James Larson on Friday, April 25, 2008 at 9:30 a.m. In Court Room F on the 15th Floor,   Defendant must surrender On April 25, 2008 at 9:30 a.m. or surrender to U.S. Marshal by April 25, 2008 at 9:30 a.m.

Case continued to April 25, 2008 at 9:30 a.m.    for Surrender to Magistrate Judge James Larson (Courtroom F, 15th Floor).

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

cc: Wings Hom; US Marshal Service
////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////