1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. CR 07-0645 MMC

            Plaintiff,                    **ORDER SETTING ASIDE AND
                                          VACATING ORDER OF FORFEITURE**

    v.

CARLOS GUERRERO-ELENES,

            Defendant.
_____/

        Defendant Carlos Guerrero-Elenes having this date surrendered to the Duty

Magistrate Judge, and having been remanded into the custody of the United States

Marshal, the forfeiture of the bond and sale of the property posted as security therefor,

pursuant to the Court's order of April 11, 2008, is hereby SET ASIDE and VACATED.

        **IT IS SO ORDERED.**

Dated: April 25, 2008

                        _____
                        MAXINE M. CHESNEY
                        United States District Judge