IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0645 MMC |
| Plaintiff, | **ORDER SETTING ASIDE AND VACATING ORDER OF FORFEITURE** |
| v. | |
| CARLOS GUERRERO-ELENES, | |
| Defendant.     / | |

Defendant Carlos Guerrero-Elenes having this date surrendered to the Duty Magistrate Judge, and having been remanded into the custody of the United States Marshal, the forfeiture of the bond and sale of the property posted as security therefor, pursuant to the Court's order of April 11, 2008, is hereby SET ASIDE and VACATED.

**IT IS SO ORDERED.**

Dated: April 25, 2008

MAXINE M. CHESNEY
United States District Judge