1  IAN G. LOVESETH (CSBN 085780)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                 SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA        )    No. CR-07-00645-MMC
10                                 )
                                   )
11        Plaintiff,               )    [PROPOSED] ORDER PERMITTING
                                   )    DEFENDANT CARLOS GUERRERO-
12                                 )    ELENES TO USE MP3
                                   )    AUDIO PLAYER TO REVIEW
13  v.                             )    DISCOVERY AT SANTA RITA JAIL
                                   )
14  RONALD  WILLIAMS, et.al.,      )
                                   )    The Honorable Maxine M. Chesney
15                                 )
          Defendants.              )
16  _____)

17

18        I am the CJA coordinating attorney in this case.  I am told by the discovery coordinator on

19  this case, Steven D. Moore, that there are approximately 35,000 intercepted calls, on 8 target

20  lines, as part of the discovery in this case. It is necessary for the defendants to review these calls in

21  audio form. This Court has previously signed an order for the use of MP3 players on March 12,

22  2008.  I have been informed by co-counsel Steven F. Gruel who represents CARLOS

23  GUERRERO-ELENES, that his client  is currently housed at Santa Rita and was not included in

24  the original March order, now requests an MP3 player to review audio discovery.

25

26  Dated: May 15, 2008                    /S/ Ian G Loveseth
                                           Ian G Loveseth
27                                         Attorney for Defendant
                                           Sarah A Ropati
28

                                                                              1

1    Finding good cause shown, as discovery has been provided in digital audio format:

2    IT IS HEREBY ORDERED that defendant CARLOS GUERRERO-ELENES be

3    permitted to use an MP3 player in order to review audio discovery at Santa Rita Jail.

4

5    IT IS SO ORDERED.

6

7    Dated: __May 16, 2008____                     _____

8                                                  THE HONORABLE MAXINE M. CHESNEY
                                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28