IAN G. LOVESETH (CSBN 085780)
Attorney at Law
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00645-MMC |
| Plaintiff, ) | [PROPOSED] ORDER PERMITTING DEFENDANT CARLOS GUERRERO-ELENES TO USE MP3 AUDIO PLAYER TO REVIEW DISCOVERY AT SANTA RITA JAIL |
| v. ) | |
| RONALD WILLIAMS, et.al., ) | The Honorable Maxine M. Chesney |
| Defendants. ) | |

    I am the CJA coordinating attorney in this case. I am told by the discovery coordinator on this case, Steven D. Moore, that there are approximately 35,000 intercepted calls, on 8 target lines, as part of the discovery in this case. It is necessary for the defendants to review these calls in audio form. This Court has previously signed an order for the use of MP3 players on March 12, 2008. I have been informed by co-counsel Steven F. Gruel who represents CARLOS GUERRERO-ELENES, that his client is currently housed at Santa Rita and was not included in the original March order, now requests an MP3 player to review audio discovery.

Dated: May 15, 2008                                 /S/ Ian G Loveseth
                                                                            Ian G Loveseth
                                                                            Attorney for Defendant
                                                                            Sarah A Ropati

1  Finding good cause shown, as discovery has been provided in digital audio format:

2  IT IS HEREBY ORDERED that defendant CARLOS GUERRERO-ELENES be

3  permitted to use an MP3 player in order to review audio discovery at Santa Rita Jail.

5  IT IS SO ORDERED.

7  Dated:  May 16, 2008          _____
                                 THE HONORABLE MAXINE M. CHESNEY
8                                United States District Judge