STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94111
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Carlos Guerrero-Elenes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00645-MMC |
| Plaintiff, | CARLOS GUERRERO-ELENES' MOTION TO RESERVE OPPORTUNITY TO FILE PRETRIAL MOTIONS; JOINDER IN DISCOVERY MOTIONS REGARDING DISCLOSURE OF RULE 404(b) EVIDENCE AND GOVERNMENT'S EVIDENCE OF IT'S-CASE-IN-CHIEF |
| Vs. | |
| CARLOS GUERRERO-ELENES, et al, | |
| Defendants. | |
| | Honorable Maxine M. Chesney |

Defendant Carlos-Guerrero-Elenes, by and through his attorney, Steven F. Gruel, hereby respectfully submits his MOTION TO RESERVE OPPORTUNITY TO FILE PRETRIAL MOTIONS, JOINDER IN DISCOVERY MOTIONS REGARDING DISCLOSURE OF RULE 404(b) EVIDENCE AND GOVERNMENT'S EVIDENCE OF IT'S CASE-IN-CHIEF.

## MOTION TO RESERVE OPPORTUNITY TO FILE MOTIONS

At the last hearing, the Court set August 27, 2008 as a stipulated date whereby defense pretrial motions were to be filed. At that same hearing, undersigned counsel informed the Court that defendant Carlos Guerrero-Elenes may seek to reserve the right file motions beyond the "deadline date," notwithstanding the parties' stipulation, because of his representation of another

*CARLOS GUERRERO-ELENES' MOTION*
- 1

defendant in a complex wiretap case set for trial before Judge Ware. As described to the Court at that hearing, unless counsel's client in that prosecution before Judge Ware entered a guilty plea, subsequent trial preparation, and the trial itself, rendered effective pretrial motion work in this case impossible. Since the last appearance in this case, the matter before Judge Ware has not been resolved. The trial is set to begin October 7, 2008.

Additionally, in further support of this motion to reserve the opportunity to file pretrial motions, Mr. Elene's has not yet completed his review of the government's evidence in this case. Since the last appearance in this case, the defense shortly thereafter obtained a complete set of the government's evidence in this case. Mr. Elenes has been diligently reviewing these materials and listening to the government's wiretap tapes. At the time of the filing of this motion, he reviewed approximately half of the government's materials.

Mr. Elenes' complete and informed input into preparing any defense pretrial motions is critical. Until Mr. Elenes' has fully reviewed the materials, defense counsel cannot effectively prepare any motions for the defendant with the former's participation.

Thus, as previously anticipated, the defendant respectfully requests that he be permitted the opportunity to reserve the right to file any motions, in accordance the Local Rules, deemed appropriate notwithstanding the deadline date. There is no prejudice to the government in granting this request and the defense does not recall that any was stated at the last calling of this case when the possibility of this motion to reserve was first raised with the Court.

### JOINDER IN MOTIONS

In accordance with the Federal Rules of Criminal Procedure and Evidence, Mr. Elenes joins in the defense motions seeking full disclosure of the Government's evidence of it's Case-In-Chief as well as all Rule 404(b) evidence the government may seek to admit at any trial against any and all defendants in this case. Not only does Mr. Elenes seek disclosure of these materials

1 | that pertain directly to him, but as to all defendants so that a Rule 403 analysis may be conducted
2 | to deny admission of unduly prejudicial evidence.

Respectfully Submitted,

Dated: August 27, 2008

STEVEN F. GRUEL
Attorney for Carlos Guerrero-Elenes

*CARLOS GUERRERO-ELENES' MOTION*
*- 3*