STEVEN F. GRUEL (CSBN 213148)
100 Pine Street, Suite 600
San Francisco, California 94111
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Carlos Guerrero-Elenes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　Vs.<br><br>CARLOS GUERRERO-ELENES,<br><br>　　　　Defendants. | No. CR-07-00645-MMC<br><br>DEFENSE COUNSEL'S NOTICE OF CHANGE OF ADDRESS<br><br>Local Rule: Crim. L. R. 3-11(a) |

Defense counsel's new address is now:

STEVEN F. GRUEL
Law Offices of Steven F. Gruel
100 Pine Street, Suite 600
San Francisco, California 94111

　　　　　　　　　　　　　　Respectfully Submitted,

Dated: September 3, 2008　　　_____
　　　　　　　　　　　　　　STEVEN F. GRUEL
　　　　　　　　　　　　　　Attorney for Carlos Guerrero-Elenes

1
DEFENSE COUNSEL'S NOTICE OF CHANGE OF ADDRESS