STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

Attorney for Carlos Guerrero-Elenes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　Vs.<br><br>CARLOS GUERRERO-ELENES,<br><br>　　　　Defendant. | No. CR-07-00645-MMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING<br>SENTENCING DATE<br><br>Honorable Maxine M. Chesney |

　　Defendant Carlos Guerrero-Elenes, by and through his attorney, Steven F. Gruel and the United States of America, by and through its attorney, Kirstin Ault, Assistant United States Attorney, hereby stipulates and requests that the hearing date currently scheduled for December 2, 2009 at 2:30 p.m. be continued to January 27, 2010 at 2:30 p.m.

　　The reason for the continuance is that Mr. Guerrero-Elenes, who is in federal custody, was inadvertently not provided his draft presentence report due to an unexpected delay in the institution's legal mail.  Consequently, his corrections and comments to the draft have not been

　　STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE

- 1

completed or submitted to the United States Probation Officer. The additional time requested will provide the time necessary to permit the defendant's input to the draft report.

The United States Probation Officer has been contacted regarding this matter and has no objection to this continuance to January 27, 2010.

SO STIPULATED:

DATED:  12/1/09            \_\_/s/_____
                           STEVEN F. GRUEL
                           Attorney for Carlos Guerrero-Elenes

DATED:   12/1/09
                           \_\_/s/_____
                           KIRSTIN AULT
                           Assistant United States Attorney

~~[PROPOSED]~~ ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the sentencing date of December 2, 2009 is hereby continued to January 27, 2010 at 2:30 p.m.

IT IS SO ORDERED.

Dated: December 2, 2009            HONORABLE MAXINE M. CHESNEY
                                   United States District Court

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE