AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Carlos Guerrero-Elenes | ) Case No:  CR-07-00645-006 MMC |
|  | ) USM No:  90507-111 |
| Date of Original Judgment:           02/19/2010 | ) |
| Date of Previous Amended Judgment: | ) Shilpi Agarwal (AFPD) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of     129                          months **is reduced to**    103 months*                          .

*(Complete Parts I and II of Page 2 when motion is granted)*


*103 months, but not less than the time of imprisonment served as of 11/1/15.


Except as otherwise provided, all provisions of the judgment dated        02/19/2010        shall remain in effect.
**IT IS SO ORDERED**.

Order Date:         01/08/2015

Judge's signature

Effective Date:         11/01/2015

*(if different from order date)*

Honorable Maxine M. Chesney, U.S. District Judge

*Printed name and title*