BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

PHIL GUENTERT (CABN 147374)
Acting Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6940
    Fax: (415) 436-7234
    Kirstin.Ault@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00645 MMC |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| CARLOS GUERRERO-ELENES, | ) |
| Defendant. | ) |

The parties hereby stipulate and agree as follows:

    This matter is presently set for a status conference on Wednesday, August 10, 2016, at 2:15 p.m. The conduct alleged in the pending Form 12 relates to charges brought against the defendant in state court. The parties and the probation officer believe that it is necessary to await a resolution in the state matter before the charges in the Form 12 can be resolved. The defendant's next appearance in state court is scheduled for September 7, 2016. Therefore, the parties and the probation officer respectfully request that the status conference in this matter be continued to October 19, 2016, at 2:15 p.m., to allow the state case to proceed and the parties to attempt to reach a negotiated disposition of this matter.

    The Speedy Trial Act is not implicated as this is a supervised release matter.

STIP RE: CONTINUANCE
CR 07-00645 MMC

SO STIPULATED

Dated:  August 4, 2016

BRIAN J. STRECTH
United States Attorney

       /s/
_____
KIRSTIN M. AULT
Assistant United States Attorney


_____/s/_____
EDWIN PRATHER
Attorney for Defendant Carlos Guerrero-Elenes

1 **[PROPOSED] ORDER**

2   The Court hereby GRANTS the parties' request for a continuance of the status conference in this
3 matter and ORDERS that the matter be continued to October 19, 2016, at 2:15 p.m.

5 SO ORDERED

7 Dated: August 9, 2016

MAXINE CHESNEY
United States District Court Judge

[PROPOSED] ORDER RE: CONTINUANCE
CR 07-00645 MMC