BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6940
    FAX: (415) 436-7234
    Kirstin.ault@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-00645 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| CARLOS GUERRERO-ELENES, | |
| Defendant. | |

The parties hereby stipulate and agree as follows:

    This matter is presently set for a status conference on Wednesday, October 19, 2016, at 2:15 p.m. The conduct alleged in the pending Form 12 relates to charges brought against the defendant in state court. The parties and the probation officer believe that it is necessary to await a resolution in the state matter before the charges in the Form 12 can be resolved. Those charges are still pending. In addition, the defendant is alleged to have engaged in new conduct which will result in an amended Form 12 and possibly new criminal charges in state or federal court. The defendant will need to be arraigned on the new Form 12 before proceeding in district court, and the parties will need to determine whether new criminal charges will be brought before the new allegations in the Form 12 can be resolved. Therefore, the parties and the probation officer respectfully request that the status conference in this matter be

continued to January 18, 2017, at 2:15 p.m., to allow the state case to proceed, the new charges to be addressed, and the parties to attempt to reach a negotiated disposition of this matter.

The Speedy Trial Act is not implicated as this is a supervised release matter.

SO STIPULATED

DATED: October 17, 2016

BRIAN J. STRETCH
United States Attorney

*/s/ Hartley West for*
KIRSTIN M. AULT
Assistant United States Attorney

*/s/*
EDWIN PRATHER
Attorney for Defendant Carlos Guerrero-Elenes

## [PROPOSED] ORDER

The Court hereby GRANTS the parties' request for a continuance of the status conference in this matter and ORDERS that the matter be continued to January 18, 2017, at 2:15 p.m.

SO ORDERED

DATED:  October 18, 2016

*Maxine M. Chesney*
MAXINE CHESNEY
United States District Court Judge

[PROP.] ORDER RE: CONTINUANCE
CR 07-00645 MMC