1   BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney
2
    BARBARA J. VALLIERE (DCBN 439353)
3   Chief, Criminal Division

4   KIRSTIN M. AULT (CABN 206052)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6940
7       FAX: (415) 436-7234
        Kirstin.ault@usdoj.gov
8
    Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,          )   CR 07-00645 MMC
14                                      )
            Plaintiff,                   )   STIPULATION AND [PROPOSED] ORDER
15                                      )   CONTINUING STATUS CONFERENCE
        v.                               )
16                                      )
    CARLOS GUERRERO-ELENES,             )
17                                      )
            Defendant.                   )
18   _____)

19   The parties hereby stipulate and agree as follows:

20          This matter is presently set for a status conference on Wednesday, October 19, 2016, at 2:15 p.m.

21   The conduct alleged in the pending Form 12 relates to charges brought against the defendant in state

22   court.  The parties and the probation officer believe that it is necessary to await a resolution in the state

23   matter before the charges in the Form 12 can be resolved.  Those charges are still pending.  In addition,

24   the defendant is alleged to have engaged in new conduct which will result in an amended Form 12 and

25   possibly new criminal charges in state or federal court.  The defendant will need to be arraigned on the

26   new Form 12 before proceeding in district court, and the parties will need to determine whether new

27   criminal charges will be brought before the new allegations in the Form 12 can be resolved.  Therefore,

28   the parties and the probation officer respectfully request that the status conference in this matter be

STIP RE: CONTINUANCE                        2
CR 07-00645 MMC

1    continued to January 18, 2017, at 2:15 p.m., to allow the state case to proceed, the new charges to be

2    addressed, and the parties to attempt to reach a negotiated disposition of this matter.

3        The Speedy Trial Act is not implicated as this is a supervised release matter.

4

5    SO STIPULATED

6

7    DATED: October 17, 2016                    BRIAN J. STRETCH
                                                 United States Attorney
8

9

10                                               KIRSTIN M. AULT
                                                 Assistant United States Attorney
11

12

13                                               EDWIN PRATHER
                                                 Attorney for Defendant Carlos Guerrero-Elenes
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP RE: CONTINUANCE
CR 07-00645 MMC                         3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Court hereby GRANTS the parties' request for a continuance of the status conference in this matter and ORDERS that the matter be continued to January 18, 2017, at 2:15 p.m.

SO ORDERED

DATED:   October 18, 2016

MAXINE CHESNEY
United States District Court Judge

[PROP.] ORDER RE: CONTINUANCE
CR 07-00645 MMC