1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6940
7       FAX: (415) 436-7234
        Kirstin.ault@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   CR 07-00645 MMC
14                                     )
           Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
15                                     )   CONTINUING STATUS CONFERENCE
      v.                               )
16                                     )
   CARLOS GUERRERO-ELENES,             )
17                                     )
           Defendant.                  )
18                                     )

19  The parties hereby stipulate and agree as follows:

20       This matter is presently set for a status conference on Wednesday, November 16, 2016, at 2:15

21  p.m.  The conduct alleged in the initial Form 12 relates to charges brought against the defendant in state

22  court.  The parties and the probation officer believe that it is necessary to await a resolution in the state

23  matter before the charges in the Form 12 can be resolved.  Those charges are still pending.  In addition,

24  the defendant Form 12 has been amended to address new conduct and it is likely that new federal

25  criminal charges will be brought in the coming weeks.  The parties will need to determine how the new

26  criminal charges will proceed before the allegations in the amended Form 12 can be resolved.

27  Therefore, the parties and the probation officer respectfully request that the status conference in this

28  matter be continued to January 18, 2017, at 2:15 p.m., to allow the state case to proceed, the new

    STIP RE: CONTINUANCE                    2
    CR 07-00645 MMC

1 | charges to be addressed, and the parties to attempt to reach a negotiated disposition of this matter.

2 | The Speedy Trial Act is not implicated as this is a supervised release matter.

4 | SO STIPULATED

6 | DATED: November 14, 2016

BRIAN J. STRETCH
United States Attorney

*/s/ Kirstin M. Ault*
KIRSTIN M. AULT
Assistant United States Attorney

*/s/ Edwin Prather by ema*
EDWIN PRATHER
Attorney for Defendant Carlos Guerrero-Elenes

1 **[PROPOSED] ORDER**

2 The Court hereby GRANTS the parties' request for a continuance of the status conference in this
3 matter and ORDERS that the matter be continued to January 18, 2017, at 2:15 p.m.

4

5 SO ORDERED

6

7 DATED: November 15, 2016

8 *[signature]*
MAXINE CHESNEY
9 United States District Court Judge