IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

CARLOS GUERRERO-ELENES,

                    Defendant.

Case No.  07-cr-00645-MMC-6

**RELATED CASE ORDER**

Re: Dkt. No. 668

A Notice of Related Case in a Criminal Action has been filed stating that the following cases are related within the meaning of Crim. L.R. 8-1:

**CR 07-0645-06 MMC          United States v. Carlos Guerrero-Elenes**

**CR 16-0469 PJH          United States v. Carlos Guerrero-Elenes**

The time for filing a statement to support or oppose the Notice has passed.  On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

          [   ]   ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

          [   ]   ARE RELATED as defined by Crim. L.R. 8-1(b).  I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

          [ X ]   ARE RELATED as defined by Crim. L.R. 8-1(b).  Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned.  Counsel are instructed that all future filings are to bear the initials **MMC** immediately after the case number.  All matters presently scheduled for hearing in the reassigned case(s) before a district court judge are vacated and must be renoticed for

hearing before the undersigned.

**IT IS SO ORDERED.**

Dated: November 28, 2016

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California