EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
CARLOS GUERRERO-ELENES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CARLOS GUERRERO-ELENES,<br><br>  Defendant. | CR 07-0645 MMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

The parties hereby stipulate and agree as follows:

     This matter is presently set for a status conference on Wednesday, January 18, 2017, at 2:15 p.m. The conduct alleged in the initial Form 12 relates to charges brought against the defendant in state court. The parties have been awaiting a resolution in the state matter before resolving the charges in the Form 12.

     Recently, the government filed an indictment against the defendant charging him with new criminal conduct in CR 16-0469 MMC. Therefore, the parties and the probation officer respectfully request that the status conference in this matter be continued to February 15, 2017, at 2:15 p.m., so that this matter and the new criminal indicment may be joinly addressed at that time.

     The Speedy Trial Act is not implicated as this is a supervised release matter.

STIP RE: CONTINUANCE                        2
CR 07-00645 MMC

SO STIPULATED

DATED: January 17, 2016

BRIAN J. STRETCH
United States Attorney

          /S/
KIRSTIN M. AULT
Assistant United States Attorney


          /S/
EDWIN PRATHER
Attorney for Defendant Carlos Guerrero-Elenes

**[PROPOSED] ORDER**

The Court hereby GRANTS the parties' request for a continuance of the status conference in this matter and ORDERS that the matter be continued to February 15, 2017, at 2:15 p.m.

SO ORDERED

DATED:   January 17, 2017

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States Senior District Court Judge

[PROP.] ORDER RE: CONTINUANCE
CR 07-00645 MMC