EDWIN PRATHER, CABN 190536
MAX MIZONO, CABN 286573
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
CARLOS GUERRERO-ELENES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GUERRERO-ELENES,<br><br>Defendant. | Case No.: CR 07-0645 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE SEALED DOCUMENTS** |

This matter is currently before the Court on an allegation of a supervised release violation. New defense counsel was appointed to represent CARLOS GUERRERO-ELENES in the supervised release violation. In order to further the parties' attempts at resolution of this matter, the parties jointly stipulate and agree that defense counsel for Mr. GUERRERO-ELENES must have access to the sentencing memoranda filed under seal in the underlying case.

Based on the foregoing, the parties jointly stipulate that the sentencing memoranda should be unsealed for the limited purpose of providing a copy to present counsel for CARLOS

GUERRERO-ELENES.  The Clerk of Court should be directed to provide a copy to government counsel, SAUSA Samantha Schott, who will then in turn provide to CARLOS GUERRERO-ELENES' present defense counsel, copies of both the government's and defense's sentencing memoranda in the underlying case.

SO STIPULATED.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated: April 7, 2017          _____/s/_____
SAMANTHA SCHOTT
Special Assistant United States Attorney

Dated: April 7, 2017          _____/s/_____
EDWIN PRATHER
PRATHER LAW OFFICES
Attorneys for Defendant
CARLOS GUERRERO-ELENES

|   |   |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED as to defendant Carlos Guerrero-Elenes |
| 3 | that the sentencing memoranda in this matter be unsealed for the limited purpose of providing |
| 4 | a copy to the relevant parties. The Clerk of Court is directed to provide paper copies of the |
| 5 | sentencing memoranda to government counsel Samantha Schott, who will then in turn provide a copy of both the |
| 6 | government's and defense's sentencing memoranda in this case, to CARLOS GUERRERO- |
| 7 | ELENES' present defense counsel. |

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED as to defendant Carlos Guerrero-Elenes that the sentencing memoranda in this matter be unsealed for the limited purpose of providing a copy to the relevant parties. The Clerk of Court is directed to provide paper copies of the sentencing memoranda to government counsel Samantha Schott, who will then in turn provide a copy of both the government's and defense's sentencing memoranda in this case, to CARLOS GUERRERO-ELENES' present defense counsel.

Dated: April 10, 2017

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES SENIOR DISTRICT JUDGE

3