EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
CARLOS GUERRERO-ELENES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GUERRERO-ELENES,<br><br>Defendant. | Case No.: CR 16-0469 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF NOVEMBER 8, 2017 HEARING** |

This matter is currently set for a status/possible change of plea hearing on November 8, 2017. This matter was moving towards resolution by way of an open plea, however, the parties may be able to reach a negotiated plea agreement in this matter. The parties require additional time to research a relevant issue in the Central District of California before determining whether a negotiated plea is possible.

Based on the foregoing, the parties request and jointly stipulate that the hearing in this matter should be continued to November 29, 2017, at 2:15 p.m., to allow for the effective preparation of counsel and for continuity of counsel. The parties further agree and stipulate

that the time from November 8, 2017, through and including November 29, 2017, may be time excluded from the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Sections 3161(b), (h)(7)(A), (h)(7)(B)(iv).

Additionaly, the parties request and stipulate that the supervised release matter, CR 07-0645 MMC, that is trailing this case, also be continued to November 29, 2017.

SO STIPULATED.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated: November 3, 2017    _____/s/_____
SAMANTHA SCHOTT
Special Assistant United States Attorney

Dated: November 3, 2017    _____/s/_____
EDWIN PRATHER
PRATHER LAW OFFICES
Attorneys for Defendant
CARLOS GUERRERO-ELENES

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that the status/possible change of plea hearing on November 8, 2017, be continued to November 29, 2017, at 2:15 p.m. The time from November 8, 2017, through and including November 29, 2017, shall be time excluded from the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation and continunity of counsel, pursuant to Title 18, United States Code Sections 3161(b), (h)(7)(A), (h)(7)(B)(iv). The supervised release matter, CR 07-0645 MMC, currently set for November 8, 2017, shall also be continued to November 29, 2017, at 2:15 pm.

Dated: November 6, 2017

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES SENIOR DISTRICT JUDGE