EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
CARLOS GUERRERO-ELENES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GUERRERO-ELENES,<br><br>Defendant. | Case No.: CR 16-0469 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF NOVEMBER 29, 2017 HEARING** |

This matter is currently set for a status/possible change of plea hearing on November 29, 2017. This matter was moving towards resolution by way of an open plea, however, the parties may be able to reach a negotiated plea agreement in this matter. The parties have been monitoring a matter in the Central District of California relevant to Mr. Guerrero-Elenes' case and the parties require additional time to research relevant issues in the Central District of California before determining whether a negotiated plea is possible.

Based on the foregoing, the parties request and jointly stipulate that the hearing in this matter should be continued to December 27, 2017, at 2:15 p.m., to allow for the effective

preparation of counsel and for continunity of counsel.  The parties further agree and stipulate that the time from November 29, 2017, through and including December 27, 2017, may be time excluded from the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Sections 3161(b), (h)(7)(A), (h)(7)(B)(iv).

Additionaly, the parties request and stipulate that the supervised release matter, CR 07-0645 MMC, that is trailing this case, also be continued to December 27, 2017.  The U.S. Probation Department is available on the proposed date.

SO STIPULATED.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated: November 26, 2017          _____/s/_____
                                  SAMANTHA SCHOTT
                                  Special Assistant United States Attorney

Dated: November 26, 2017          _____/s/_____
                                  EDWIN PRATHER
                                  PRATHER LAW OFFICES
                                  Attorneys for Defendant
                                  CARLOS GUERRERO-ELENES

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, ~~and per the parties' stipulation,~~ IT IS HEREBY ORDERED that the status/possible change of plea hearing on November 29, 2017, be continued to January 3, 2018 ~~December 27, 2017~~, at 2:15 p.m. The time from November 29, 2017, through and including December 27, 2017, shall be time excluded from the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation and continunity of counsel, pursuant to Title 18, United States Code Sections 3161(b), (h)(7)(A), (h)(7)(B)(iv). The supervised release matter, CR 07-0645 MMC, currently set for November 29, 2017, shall also be continued to January 3, 2018 ~~December 27, 2017~~, at 2:15 pm.

Dated: November 27, 2017

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES SENIOR DISTRICT JUDGE