EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
CARLOS GUERRERO-ELENES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GUERRERO-ELENES,<br><br>Defendant. | Case No.: CR 16-0469 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF JANUARY 31, 2018 HEARING** |

This matter is currently set for a status conference on January 31, 2018. The parties are working diligently on a negotiated plea agreement in this matter. Part of that process has been the parties' monitoring of a matter in the Central District of California relevant to Mr. Guerrero-Elenes' case. The parties require additional time to research relevant issues in the Central District of California before determining whether a negotiated plea is possible.

Based on the foregoing, the parties request and jointly stipulate that the hearing in this matter should be continued to March 21, 2018, at 2:15 p.m., to allow for the effective preparation of counsel and for continuity of counsel. The parties further agree and stipulate

that the time from January 31, 2018, through and including March 21, 2018, may be time excluded from the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Sections 3161(b), (h)(7)(A), (h)(7)(B)(iv).

Additionaly, the parties request and stipulate that the supervised release matter, CR 07-0645 MMC, that is trailing this case, also be continued to March 21, 2018. The U.S. Probation Department is available on the proposed date.

SO STIPULATED.

Respectfully submitted,

ALEX TSE
Acting United States Attorney

Dated: January 16, 2018 _____/s/_____
SAMANTHA SCHOTT
Special Assistant United States Attorney

Dated: January 16, 2018 \_\_\_\_\_/s/_____
EDWIN PRATHER
PRATHER LAW OFFICES
Attorneys for Defendant
CARLOS GUERRERO-ELENES

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that the January 31, 2018 status conference be continued to March 21, 2018, at 2:15 p.m. The time from January 31, 2018, through and including March 21, 2018, shall be time excluded from the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation and continunity of counsel, pursuant to Title 18, United States Code Sections 3161(b), (h)(7)(A), (h)(7)(B)(iv). The supervised release matter, CR 07-0645 MMC, currently set for January 31, 2018, shall also be continued to March 21, 2018, at 2:15 pm.

Dated: January 19, 2018

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES SENIOR DISTRICT JUDGE