1    EDWIN PRATHER, SBN 190536
     PRATHER LAW OFFICES
2    245 Fifth Street, Suite 103
     San Francisco, CA 94108
3    Telephone: 415.881.7774
     Email: edwin@pratherlawoffices.com
4
     Attorneys for Defendant
5    CARLOS GUERRERO-ELENES

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

12   UNITED STATES OF AMERICA,          Case No.: CR 16-0469 MMC (JSC)
                                                    CR 06-0645-06 MMC (JSC)
13              Plaintiff,
                                         **STIPULATION AND [PROPOSED] ORDER RE**
14        v.                             **RELEASE CONDITIONS**

15   CARLOS GUERRERO-ELENES,             Judge: The Honorable Jacqueline S. Corley

16              Defendant.

17

18

19

20        On June 18, 2020, this Court released defendant CARLOS GUERRERO ELENES

21   temporarily due, *inter alia,* to Mr. Guerrero-Elenes's medical condition and the COVID-19

22   health crisis.  Due to a state hold Mr. Guerrero-Elenes was not released from Santa Rita Jail until

23   July 14, 2020.

24        Since July 14, 2020, Mr. Guerrero-Elenes has resided at his mother's home in Oakland,

25   California.  He is currently only allowed to leave the property for legal and medical visits as

authorized and pre-approved by Pretrial Services.  Since July 14, 2020, Pretrial Services has had no issue with Mr. Guerrero-Elenes' pretrial release.

In order to allow Mr. Guerrero-Elenes additional freedom of movement and to have contact with his children, the parties jointly request and stipulate that Mr. Guerrero-Elenes be allowed to leave the premises for family visits, only as pre-approved and authorized by Pretrial Services.

IT IS SO ORDERED.

Dated: __April 30, 2021__

_____
HON. JACQUELINE S. CORLEY
U.S. MAGISTRATE JUDGE

Agreed to form:                                    STEPHANIE HINDS
                                                   Acting United States Attorney

                                                   _____/s/_____
                                                   SAMANTHA BENNETT
                                                   Assistant United States Attorney

                                                   _____/s/_____
                                                   EDWIN PRATHER
                                                   PRATHER LAW OFFICES
                                                   Attorneys for Defendant
                                                   CARLOS GUERRERO ELENES